**Jerome HARDENE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 86567.**

Missouri Court of Appeals,
Eastern District,
Division Four.

May 9, 2006.

Lisa M. Stroup, St. Louis, MO, for ap-
pellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Roger Johnson, Asst. Attorney General,
Jefferson City, MO, for respondent.

Before NANNETTE A. BAKER, P.J.,
and ROBERT G. DOWD, JR., and
SHERRI B. SULLIVAN, JJ.

### ORDER

PER CURIAM.

Jerome Hardene ("Movant") appeals
from the denial of his Rule 24.035 motion
for post-conviction relief after an eviden-
tiary hearing. Movant contends the mo-
tion court erred in denying the motion
because he established by a preponderance
of evidence that his plea counsel was inef-
fective for allowing Movant to plead guilty
while he was under the influence of Vico-
din, a narcotic analgesic drug, thereby ren-
dering his plea involuntary

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. The motion court's findings of fact and conclusions of law are not clearly erroneous. Rule 24.035(k). An opinion reciting the detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).